IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| **Jillian Jarrell,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) Case No. 10-6129-CV-SJ-JTM |
| | ) |
| **Michael J. Astrue** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On Wednesday, November 30, 2011, the Court heard oral argument on the *Plaintiff's Social Security Brief*, filed May 19, 2011 [Doc. 8]; the *Brief for Defendant*, filed July 29, 2011 [Doc. 12]; and the *Plaintiff's Social Security Reply Brief*, filed August 22, 2011 [Doc. 12]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the November 30, 2011 oral argument, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.

　　　　　　　　　　　　　　　　　　　 */s/ John T. Maughmer*
　　　　　　　　　　　　　　　　　　　**JOHN T. MAUGHMER**
　　　　　　　　　　　　　　　　　　　**U. S. MAGISTRATE JUDGE**